UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID MORDECAI, | No. 2:18-cv-00007 MCE AC (PS) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY BEHAVIORAL HEALTH SERVICES, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se, and the action was accordingly referred to the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff has been given leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but his initial complaint was dismissed on screening with leave to amend. ECF No. 7. Plaintiff submitted a timely First Amended Complaint. ECF No. 8.

## I. SCREENING

As discussed in the court's previous order, the federal IFP statute requires federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). The court finds that, for screening purposes only, plaintiff brings sufficiently cognizable claims. The court construes the complaint as presenting the following

1

causes of action: (1) failure to accommodate a disability in the form of a mental health condition (borderline personality disorder) under the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117; and (2) discrimination in the form of unequal conditions and terms of employment on the basis of race and/or color under Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 20003 to 2000e-17.

## II. CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:
   - San Joaquin County Behavioral Health Services

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

3. The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

4. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 3, above, at least:

   a. One completed summons;

   b. One completed USM-285 form;

   c. One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;

   d. One copy of the instant order; and

   e. An appropriate form for consent to trial by a magistrate judge.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

2

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

DATED: April 2, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| DAVID MORDECAI,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY<br>BEHAVIORAL HEALTH SERVICES,<br><br>Defendant. | No. 2:18-cv-00007 MCE AC (PS)<br><br>NOTICE OF SUBMISSION |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

    Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed USM-285 form

    \_\_\_\_ copy of the complaint

    \_\_\_\_ completed form to consent or decline to consent to magistrate judge jurisdiction

_____    _____
Date                                                                                  Plaintiff's Signature

1