UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORDECAI,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COUNTY<br>BEHAVIORAL HEALTH SERVICES,<br><br>    Defendant. | No. 2:18-cv-00007-MCE-AC (PS)<br><br>ORDER |

On April 2, 2018, the court issued an order requiring plaintiff to supply the U.S. Marshal, within 15 days, all the information necessary for the Marshal to effect service of process. ECF No. 9 at 2. Plaintiff was required to file a statement with the court that said documents have been submitted. Id. Plaintiff did not file the statement, and defendant has not been served.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to submit the service documents to the Marshal and notify the court that he had done so should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a notice that the Marshals have been provided the necessary service information within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

It is further ORDERED that the initial scheduling conference set for October 3, 2019 is VACATED in light of this order, to be re-set as necessary.

DATED: September 25, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE