UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORDECAI,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY<br>BEHAVIORAL HEALTH SERVICES,<br><br>Defendant. | No. 2:18-cv-00007-MCE-AC (PS)<br><br><br>ORDER |

On April 2, 2018, the court issued an order requiring plaintiff to supply the U.S. Marshal, within 15 days, all the information necessary for the Marshal to effect service of process. ECF No. 9 at 2. Plaintiff was required to file a statement with the court that said documents have been submitted. Id. Plaintiff did not file the statement, and defendant has not been served. On September 26, 2018, the court issued an order to show cause why this case should not be dismissed for failure to prosecute. ECF No. 12. Plaintiff responded, articulating good cause for his failure to complete service. ECF No. 13. Finding good cause, the court will extend to plaintiff a final chance to properly execute service.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: San Joaquin County Behavioral Health Services.

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

3. The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

4. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal. The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 3, above, at least:

    a. One completed summons;

    b. One completed USM-285 form;

    c. One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;

    d. One copy of the instant order; and

    e. An appropriate form for consent to trial by a magistrate judge.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6. Plaintiff's second failure to timely provide the necessary information to the U.S. Marshal will result in a recommendation that this case be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: October 17, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE