UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORDECAI, | No. 2:18-cv-00007 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY BEHAVIORAL HEALTH SERVICES, | |
| Defendant. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21). On December 28, 2019, defendant filed a motion to dismiss. ECF No. 18. On January 10, 2019, plaintiff filed a letter which states he misplaced defendants' motion to dismiss and required more time to file a more substantive opposition. ECF No. 22 at 1. Finding good cause, the undersigned will order the Clerk of Court to re-serve defendant's motion (ECF No. 18) on plaintiff and grant plaintiff additional time to respond. Noting that plaintiff resides out of state, the court will also vacate the hearing on this matter and take the motion under submission on the papers.

For good cause shown, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall re-serve defendant's motion to dismiss (ECF No. 18) on the plaintiff;

2. Plaintiff shall file an opposition or notice of non-opposition to the motion by March 13, 2019. Failure to file an opposition will be deemed a statement of non-opposition. Defendant's reply will be due March 20, 2019;
3. The hearing currently set for February 20, 2019 is hereby VACATED and this motion will be heard on the papers; and
4. The initial scheduling conference set in this case set for May 22, 2019 is VACATED to be re-set as necessary.

DATED: February 11, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE